IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01596-BNB

CHARLES SHIRLEY,

　　Applicant,

v.

JOHN DAVIS, Warden, Buena Vista Correctional Facility,

　　Respondents.

## ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

Applicant, Charles Shirley, is a prisoner in the custody of the Colorado Department of Corrections at the Correctional Complex in Buena Vista, Colorado. Mr. Shirley, acting *pro se*, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 challenging a state court conviction and sentence.

The Court must construe the Application liberally because Mr. Shirley is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Shirley will be ordered to file an amended pleading.

The Court has reviewed the Application and finds that it is deficient. The claims Mr. Shirley raises more properly are asserted pursuant to 28 U.S.C. § 2254, because he is challenging the validity, and not the execution, of his conviction and sentence in the Boulder County District Court. Mr. Shirley specifically asserts he was convicted under the Colorado Sex Offender Lifetime Supervision Act of 1998, which is

unconstitutional. Therefore, Mr. Shirley will be directed to file an amended pleading on the proper form. Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Mr. Shirley file an amended pleading on the proper form. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Shirley, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

DATED June 22, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01596-BNB

Charles Shirley
Prisoner No. 119636
Buena Vista Correctional Complex
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. §2254 form** to the above-named individuals on June 22, 2011.

                                       GREGORY C. LANGHAM, CLERK

                              By: _____
                                             Deputy Clerk